# District Court of the United States

FILED
2021 MAY 17 AM 11:59
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

5:21-MC-15-MMH-PRL

Statement of claim for judicial review, violation of ADMINISTRATIVE PROCEDURES ACT.

The claimant respectfully alleges:

It is a fact RON DESANTIS, with ASHLEY MOODY has failed to respond to dozens of communications, each non-response equates to fraud, causing unreasonable delay.

Attached is evidence (Exhibit A, Pages 1-4), we have been demanding accounting and the record; there have been numerous breaches and frauds on claimant accounts without remedy.

This is an action under Federal courts are granted power under the Administrative Procedure Act 5 U.S.C. §§ 551-576, 701-706 (1982), to insure that statutory rights are not denied by agency inaction. Specifically, 5 U.S.C. § 706 (1982) provides that "a reviewing court shall …compel agency action unlawfully withheld or unreasonably delayed."

ADMINISTRATIVE PROCEDURE ACT ALLOWS SCOPE OF REVIEW. So far as necessary to decision and where presented the reviewing court shall decide all relevant questions of law, interpret constitutional and statutory provisions, and determine the meaning or applicability of the terms of any agency action. It shall (A) compel agency action unlawfully withheld or unreasonably delayed; and (B) hold unlawful and set aside agency action, findings, and conclusions found to be (1) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law; (2) contrary to constitutional right, power, privilege, or immunity; (3) in excess of statutory jurisdiction, authority, or limitations, or short of statutory right; (4) without observance of procedure required by law; (5) unsupported by substantial evidence in any case subject to the requirements of sections 7 and 8 or otherwise reviewed on the record of an agency hearing provided by statute; or (6) unwarranted by the facts.

WHEREFORE, the claimant respectfully requests that the Court:
a) direct the defendant to appear before the Court;
b) order the defendant to submit a certified copy all financial transactions and compete records.

RELIEF DEMANDED: We require the certified record of payments that may be used for legal purposes, delivered immediately with the full record.

I affirm this statement of claim to be true and correct.

By: _____
JASON DAVID TUCKER

**CERTIFIED COPY** — EXHIBIT A

## Notice of suit

From: Jay Tucker (brokerquote@yahoo.com)
To: governorron.desantis@eog.myflorida.com
Cc: citizenservices@myfloridalegal.com
Date: Tuesday, May 11, 2021, 12:33 PM EDT

Greetings Ron,

Your failure to respond is fraud, is it your intent to obstruct? /s/Jason David Tucker

Begin forwarded message:

> **From:** Jay Tucker <brokerquote@yahoo.com>
> **Date:** May 6, 2021 at 8:36:02 AM EDT
> **To:** GovernorRon.DeSantis@eog.myflorida.com
> **Cc:** identity@fbi.gov, info@attorneygeneral.gov
> **Subject: Objection to rampant fraud.**
>
> Dear Ron,
>
> Is there a just reason Ashley Moody with not respond to my more than three communications?  Is there a just reason Pam Bondi ignored my dozens of post delivered affidavits seeking justice and return of my homes?
>
> Is there a just reason Keith Parks with not respond to my more than three communications, nor will anyone answer whats going on with my cash assist sitting near six months unpaid?  Cam we get cure for payments and justice for the color of law rights violations? Im unaware of anything else required, failing to account is antitrust and wrong Ron.
>
> Is there a just reason the treasurer will not answer us, again anti trust is wrong? May i have full records and accounting for the three of us or are you not as open as you pretend to be?
>
> Is there just cause Charles T Canady will not respond or preform his public duty to answer my letter rogatory?
>
> Can i have and submit a claim form to risk management for our injuries?
>
> Has the State of Florida ever settled claims for myself, son, daughter for issues like vaccine injury, foreclosure fraud, identity theft, data breach, education, autism, and so on?
>
> Is there any law or authority to prevent me from openly displaying a glock on my hip or ar-15 on my back as i travel for protection?  Have you caused any rights violations for me to purchase arms to defend?
>
> Did you ever provide a wage determination letter to social security and may i have copies?
>
> Finally, is there just cause you have ignored my previous direct electronic communications to you?

PAGE 1 OF 4

NON RESPONSE IS FRAUD.

See attached evidence of on going obstruction with my post office services, we can not get cure from the United States of America, you have a duty to protect us.

Your signed good faith response is required. Any unsigned, unsealed, or unanswered question is an attempt to defraud. Your further non responses perfect our claim it is your intent to conspire against my estate for personal gain of you, your wife, and others who enjoy the use of my property unjustly. Notice to agents is notice to principal. /s/Jason David Tucker



PAGE 2 OF 4

**CERTIFIED COPY**

EXHIBIT A

## Objection to fraud.

From: Jay Tucker (brokerquote@yahoo.com)

To: governorron.desantis@eog.myflorida.com; fl_gov.inspectorgeneral@eog.myflorida.com; citizenservices@myfloridalegal.com

Date: Friday, April 16, 2021, 9:00 PM EDT

Greetings Ron,

I have witnessed obstruction and color of law violations, does Keith Parks get a paycheck or have a duty to investigate crimes placed on the record?

Have you and Ashley Moody directly obstructed our payments, is it your intent to conspire against us?

A non response or unsigned reply perfects my claim you have with knowledge, foresight, and with intent wish to harm continue to conspire to defraud us. I am seeking Justice only, may we get honest services?

I affirm this to be true and correct. s/Jason David Tucker

PAGE 3 OF 4

**CERTIFIED COPY**

EXHIBIT A



RE: Your email to the Florida Attorney General's Office has been received — Yahoo/Inbox

12

| # | | Sender | Subject | Date |
|---|---|---|---|---|
| 1 | AC | AutoReply CitizenServices | Thank you | Fri, Apr 16 at 9:04 PM |
| 2 | AC | AutoReply CitizenServices | Thank yo | Mon, Apr 19 at 8:55 AM |
| 3 | AC | AutoReply CitizenServices | Thank you | Tue, Apr 20 at 5:06 PM |
| 4 | AC | AutoReply CitizenServices | Thank yo | Wed, Apr 21 at 6:07 PM |
| 5 | AC | AutoReply CitizenServices | Thank yo | Mon, Apr 26 at 9:26 AM |
| 6 | AC | AutoReply CitizenServices | Thank you | Wed, May 5 at 6:43 AM |
| 7 | AC | AutoReply CitizenServices | Thank you | Thu, May 6 at 2:33 PM |
| 8 | AC | AutoReply CitizenServices | Thank you | Thu, May 6 at 3:19 PM |
| 9 | AC | AutoReply CitizenServices | Thank you | Fri, May 7 at 4:18 PM |
| 10 | AC | AutoReply CitizenServices | Thank y | Tue, May 11 at 12:35 PM |
| 11 | AC | AutoReply CitizenServices | Thank y | Tue, May 11 at 12:35 PM |
| 12 | AC | AutoReply CitizenServices | Thank yo | Tue, May 11 at 2:10 PM |

NON RESPONSE IS FRAUD.

PAGE 4 OF 4

CERTIFIED COPY

# OATH OF OFFICE
(Art. II. § 5(b), Fla. Const.)

RECEIVED

**STATE OF FLORIDA**

2018 DEC 13 PM 2:10

County of  Leon

I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

Governor
(Title of Office)

on which I am now about to enter, so help me God.

[NOTE: If you affirm, you may omit the words "so help me God." See § 92.52, Fla. Stat.]

Signature

Sworn to and subscribed before me this 12th day of December, 2018.

Diane Moulton
Signature of Officer Administering Oath or Notary Public

DIANE MOULTON
MY COMMISSION # GG 115932
EXPIRES: October 19, 2021
Bonded Thru Notary Public Underwriters

Print, Type, or Stamp Commissioned Name of Notary Public

Personally Known ☒   OR   Produced Identification ☐

Type of Identification Produced _____

---

I, Jason David Tucker acknowledge, accept this Deninged oath on this fifteenth day, fifth month, two thousand and twenty one.

## ACCEPTANCE

I accept the office listed in the above Oath of Office.

By: Jason David Tucker
Jason David Tucker
All Rights Reserved

Mailing Address: ☐ Home   ☑ Office

400 South Monroe Street
Street or Post Office Box

Tallahassee, FL 32399
City, State, Zip Code

Ron DeSantis
Print Name

_____
Signature

DS-DE 56 (Rev. 11/16)



2021 MAY 17 AM 11:59
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

### AFFIDAVIT OF OWNERSHIP FOR JASON DAVID TUCKER COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF HEALTH BIRTH CERTIFICATE # 004862-1976.

Affiant, who goes by the appellation JASON DAVID TUCKER, a living, breathing, flesh-and-blood man, made in the Creator's image, with indefeasible title to my property and lawful owner of the landed Estate known as JASON DAVID TUCKER, and it's real property and it's real property and interest, under the seal, "JASON DAVID TUCKER", or it's derivation, am recorded as the grantee on the document of title for the Estate described as follows: Birth Certificate# 004862-1976 Commonwealth of Pennsylvania, Department of Health Place of Birth: Chambersburg, PA.- Address: 112 N. 7th St., Chambersburg, PA Grantor(s): JASON DAVID TUCKER. Recorded Date: Jan 14, 1976.  One, JASON DAVID TUCKER, does solemnly swear, under penalty of perjury, declare, and depose: that Affiant is competent to state the matters set forth herein; that Affiant has personal knowledge and belief of the facts stated herein; and all the facts stated herein are true, correct, complete, and certain. This declaration of facts is based on Affiant's own firsthand knowledge and belief; mark Affiant's word; 1. One, JASON DAVID TUCKER is familiar with the facts recited in the Certification of Vital Record and that the party named in the aforesaid certificate is the property of the Affiant who is the owner named in said certificate of title. One, JASON DAVID TUCKER, declares and affirms that by my freewill act and deed Affiant, JASON DAVID TUCKER, executes this acknowledgement of my acceptance of the Birth Certificate#004862-1976 and lawful ownership of the property under the terms of the deed. Affiant asks that the record on file in the Office of Secretary of State for the United States of America and the Commonwealth of Pennsylvania be updated to show my acceptance of the said certificate of origin, as lawfully seized owner of the document. 2. One, JASON DAVID TUCKER, declares and affirms that all of Affiant's other real property and interest issued in the name of the Certification of Vital Record Birth Certificate #004862-1976 is to be immediately returned to the Estate. 3. One, JASON DAVID TUCKER("Principal"), a living Christian man in rerum natura, declares and affirms that he accepts for value the attached bond, Certificate of Live Birth No. 004862-1976and all endorsements front and back in accord with Public Law found at Chapter 48, 48 Stat. 112, Public Policy found at House Joint Resolution 192 of June 5, 1933, and the Uniform Commercial Code, the Principal being the sole authorized acceptor of the said bond, contributor of value thereto, and contributing beneficiary thereof. 4. One, JASON DAVID TUCKER, accepts the oaths of all public officers and binds them to it, as well as bestows Affiant's sovereign immunity on them while administering my lawful orders. This public record under the seal of a competent court is guaranteed full faith and credit per Article 4, Section 1 of your Constitution. Any officer of the public who does not immediately carry out these lawful orders acknowledges warring with the Constitution, and committing treason. So let it be written, so let it be done. Any man, as well as any woman, who intends rebutting this Affidavit of JASON DAVID TUCKER shall do so in the manner of this Affidavit, by signing any such Affidavit using Christian name/baptismal name/name given at birth, given in upper- and lower-case format, not set in all-capital letters, being a fully liable, living, breathing man/woman, responsible/liable for everything that such man/woman says and does. Affiant, JASON DAVID TUCKER, a living, breathing, flesh-and-blood man, does swear and affirm on Affiant's own unlimited commercial liability, that Affiant has scribed and read the foregoing facts contained in this Affidavit, and that, in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth. This Affidavit is dated: the Seventeenth day of the Fifth Month in the Year of Our Lord Two Thousand Twenty One. Further Affiant Sayeth not. Done under my hand and seal of my freewill act and deed, nunc pro tunc, this 17th day of May, 2021.

By: _____
JASON DAVID TUCKER

ALL RIGHTS RESERVED

_____
Susan Hunter

_____
Ashlee Tucker

_____
Christian Tucker

State of Florida ) )
JURAT County of Marion )

JASON DAVID TUCKER did personally appear before me and acknowledged the contents thereof, and executed the same as his freewill act and deed. Subscribed and affirmed before me on this 17 day of May, 2021, by _Jason David Tucker_, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Tammy S Bellcase_ (Seal)

Page one of one.

Sworn to and subscribed before me by means of
☒ physical presence or ☐ online notarization,
this ___17___ day of __May__ 2021
By _Tammy Bellcase_
Signature of Notary Public
_Tammy Bellcase_
Notary's Name, Printed, Stamped or Typed
Personally known __X__ or Produced ID_____
Type of ID Produced_____

TAMMY S. BELLCASE
Notary Public - State of Florida
Commission # HH 041418
My Comm. Expires Oct 24, 2024

ALL RIGHTS RESERVED

# District Court of the United States

AFFIRMATION OF SERVICE.

I, JASON DAVID TUCKER, representing myself as age of majority, do hereby affirm that on this seventeenth day of May, 2021, I served a copy of the foregoing statement of claim.

By placing it in the United States mail, postage pre-paid, and addressed to the following:
RON DESANTIS,
GOVERNOR,
OFFICE OF THE GOVERNOR,
STATE OF FLORIDA,
THE CAPITOL,
400 SOUTH MONROE STREET,
TALLAHASSEE, FLORIDA 32399-0001
(850) 717 9337;
governorron.desantis@eog.myflorida.com
info@rondesantis.com

By placing it in the United States mail, postage pre-paid, and addressed to the following:
ASHLEY MOODY,
ATTORNEY GENERAL,
OFFICE OF THE ATTORNEY GENERAL,
STATE OF FLORIDA,
PL-01 THE CAPITOL,
TALLAHASSEE, FLORIDA 32399-1050.
1-850-414-3300
1-866-966-7226 FAX
citizenservices@myfloridalegal.com
attorney.general@myfloridalegal.com

By hand delivery addressed to the following on this day.
ELIZABETH WARREN,
CLERK OF COURT,
OFFICE OF THE CLERK,
GOLDEN COLLUM FEDERAL BUILDING,
207 NORTHWEST SECOND STREER,
OCALA, FLORIDA 34475.
1-352-369-4860

By: *[signature]*
Dated: MAY 17TH, 2021
JASON DAVID TUCKER
POST OFFICE BOX 305
ORANGE LAKE, FLORIDA 32681

FILED

5:21-MC-15-MMH-PR

Dear Elizabeth,

2021 MAY 17 AM 11:59

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA, FLORIDA

I accept your public oath of office as Clerk of Court and invoke your duty to not obstruct justice.

We require you to open a miscellaneous evidence file.

This is a non adversarial case for the United States of America. No fee is required.

We require the attached confidential case to be sealed.

We wish the you would provide a complimentary copy to us by mail to c/o Jason David Tucker, Orange Lake, FL 32681 today.

Thank you for your attention.

By: *[signature]*
Dated: MAY 17TH, 2021
JASON DAVID TUCKER
POST OFFICE BOX 305
ORANGE LAKE, FLORIDA 32681