UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JASON DAVID TUCKER,**

    **Plaintiff,**

v.                                             Case No: 5:21-mc-15-MMH-PRL

**RON DESANTIS and ASHLEY MOODY,**

    **Defendants.**

## ORDER

Plaintiff filed this action on May 17, 2021 but did not pay the filing fee. On or before June 30, 2021, Plaintiff shall either pay the miscellaneous case filing fee of $49.00 or file a motion to proceed *in forma pauperis*. If Plaintiff fails to comply with this Order, the Court will dismiss the action.

**DONE** and **ORDERED** in Ocala, Florida on June 16, 2021.

                                                  PHILIP R. LAMMENS
                                                 United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties