# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JASON DAVID TUCKER,

    Plaintiff,

vs.                                 Case No. 5:21-mc-15-MMH-PRL

RON DESANTIS and
ASHLEY MOODY,

    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court sua sponte. On May 17, 2021, Plaintiff initiated this action by filing a "Statement of claim for judicial review, violation of ADMINISTRATIVE PROCEDURES ACT" (Doc. 1; Motion). On June 16, 2021, the Honorable Philip R. Lammens, United States Magistrate Judge, entered an order directing Plaintiff to either pay the miscellaneous case filing fee or file a motion to proceed in forma pauperis on or before June 30, 2021. See Order (Dkt. No. 2). Plaintiff was advised that if he failed to comply with the Order, the Court would dismiss this matter. See id. As of this date, Plaintiff has failed to comply with this Court's Order. Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate any deadlines or pending motions as moot and close the file.

**DONE AND ORDERED** in Chambers this 25th day of August, 2021.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Pro Se Party